**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Kareem W Tomlin | : | Chapter 13 |
| Lasheka L Tomlin | : | Case No.: 23-11632-AMC |
| Debtors. | : | |

SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN
..........................................................................................

Brad J. Sadek, Esquire applies under § 330 of the Code for an Order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the above-mentioned debtor's chapter 13 plan and represents:

1. The debtor(s) filed a Chapter 13 Petition on June 1, 2023.

2. This Court has previously approved an Application for Compensation of Counsel Fees in the amount of $5,875.00.

3. Applicant requests an award of supplemental compensation of $1,500.00 for  5.55  hours expended in providing the following services:

| Date | Work Completed | By Whom | Hours |
|---|---|---|---|
| 03/08/2024 | Email correspondence to Debtor regarding Trustee's Motion to Dismiss and mortgage payment history | Attorney | 0.75 |
| 04/04/2024 | Follow up email correspondence to Debtor regarding Trustee's Motion to Dismiss and mortgage payments | Attorney | 0.5 |
| 04/19/2024 | Email correspondence with Debtor regarding dismissal of case and options moving forward | Attorney | 0.5 |
| 04/23/2024 | Preparation of Motion to Reconsider Order Dismissing Case | Attorney | 1.0 |
| 04/23/2024 | E-filing of Motion to Reconsider Order Dismissing Case, Notice of Motion, service, and calendaring of Hearing date and CNR | Paralegal | 1.0 |
| 05/08/2024 | Preparation and E-Filing of Certificate of No Response to Motion to Reconsider | Paralegal | 0.5 |
| 05/09/2024 | Phone call with Debtor and email correspondence regarding mortgage payments | Attorney | 0.5 |
| 05/13/2024 | Follow up correspondence with Debtor regarding mortgage payments | Attorney | 0.3 |
| 05/20/2024 | Email correspondence with Debtor regarding reinstatement of Chapter 13 Bankruptcy and next steps | Attorney | 0.5 |

Total Attorney time:  4.05 hours x $335 = $1,356.75
Total Paralegal time:  1.5 hours x $125 = $187.50
Total time:        $1,544.25
Total requested: $1,500.00

4. Applicant requests that compensation be awarded at the following hourly rate(s):
   **Attorney Fees**: $335.00/hr
   **Paralegal Fees**: $125.00 hr

5. Applicant requests reimbursement of expenses in the amount of $0.00.

6. All services rendered and expenses incurred for which compensation or reimbursement is requested

   a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

   b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

7. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

   ☒ is adequately funded.

   ☐ is not adequately funded.

8. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $**1,500.00** in compensation and of $ **0** in reimbursement of actual, necessary expenses.

Dated: **May 30, 2024**          Signed: **/s/ Brad J. Sadek, Esquire**
                                          Applicant

                                     By: **Brad J. Sadek, Esquire**
                                   Name: **Sadek and Cooper**
                                Address: **1500 JFK Boulevard**
                                         **Suite 220**
                                         **Philadelphia, PA 19102**
                              Phone No.: **215-545-0008**
                                Fax No.: **215-545-0611**